

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>    Petitioner,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Respondent. | Case No. CV 07-5278-CBM(AJW)<br><br>MEMORANDUM AND ORDER<br>TRANSFERRING PETITION |

This petition for a writ of habeas corpus challenges imposition of a requirement that petitioner provide a DNA sample. According to petitioner, he has been ordered to provide a DNA test and his refusal to do so has resulted in his illegal incarceration past his release date. [Petition at 5-6]. For the following reasons, the petition is transferred to the United States District Court for the Eastern District of California.

At the time petitioner filed his petition, he was incarcerated in Corcoran Prison. [Petition at 1]. Corcoran Prison is in Kings County, which is located in the Eastern District of California. 28 U.S.C. §84(b). Although petitioner was convicted in the Central District of California, the actions about which he complains occurred while petitioner was serving his sentence at Corcoran Prison in the

Eastern District of California.

A petition for a writ of habeas corpus filed by a person in custody under the judgment of a state court located within a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. See 28 U.S.C. § 2241(d). Although each district has concurrent jurisdiction to entertain the petition, the district court in which the petition was filed may transfer the petition to another district in the furtherance of justice. See 28 U.S.C. § 2241(d). If a petition challenges a conviction or sentence, venue in the district in which the petitioner was convicted and sentenced is preferred. Where, as here, the petition challenges the manner in which a sentence is being executed, the district of confinement is the preferable forum. See Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).

Considering all of the circumstances of this case, transfer to the district of confinement is appropriate. Among other things, all of the events on which the petition is based occurred in the Eastern District, and it is likely that all or nearly all of the witnesses – including petitioner, prison staff, and other inmates – are located in the Eastern District.

Accordingly, this action is transferred the United States District Court for the Eastern District of California.

**IT IS SO ORDERED.**

Dated: 1/22/08

Consuelo B. Marshall
United States District Judge